DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DALE MCCRAY,**
Appellant,

v.

**COMCAST CABLE COMMUNICATIONS, LLC,**
Appellee.

No. 4D21-376

[April 22, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Reginald Roy Corlew, Judge; L.T. Case Nos. 2019SC21401 and 2020AP27.

Dale McCray, Boynton Beach, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***